UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                 :
WAKARI DIAKITE,                                 :
                                                 :
                       Plaintiff,    :
                                                 :          24-CV-7070 (VSB)
                 -against-                   :
                                                 :          **ORDER**
UNITED STATES OF AMERICA,     :
                                                 :
                        Defendant.   :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff commenced this action on September 18, 2024 by filing a complaint. (Doc. 1.) On December 20, 2024, Defendant timely filed a motion to dismiss the complaint, (Doc. 10), a supporting memorandum of law, (Doc. 11), and a supporting declaration, (Doc. 12). Under Local Civil Rule 6.1, Plaintiff's opposition to the motion to dismiss would have been due "within 14 days after service of the moving papers." To date, however, Plaintiff has not responded to the motion to dismiss or otherwise appeared in this action. Accordingly, it is hereby:

       ORDERED that, no later than January 31, 2025, Defendant serve Plaintiff with the motion to dismiss and its supporting papers, (Docs. 10–12), or, if service has been completed, to file an affidavit of service.

IT IS FURTHER ORDERED that Plaintiff file any opposition to the motion to dismiss by February 7, 2025, and Defendant file any reply by February 14, 2025. If Plaintiff does not submit an opposition, I will treat Defendant's motion to dismiss as unopposed.

SO ORDERED.

Dated: January 21, 2025
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge