**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WAKARI DIAKITE,

                Plaintiff,

-against-                            24 **CIVIL** 7070 (VSB)

                                                        **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 4, 2025, Defendant's motion to dismiss Plaintiffs Complaint, (Doc. 10), is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      November 4, 2025

                                                  **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                **BY:**     K. Mango

                                                      **Deputy Clerk**